[This opinion has been published in *Ohio Official Reports* at 71 Ohio St.3d 651.]

HAMMOND, APPELLANT, *v*. GRANGE MUTUAL CASUALTY COMPANY, APPELLEE.

[Cite as *Hammond v. Grange Mut. Cas. Co.*, 1995-Ohio-47.]

*Insurance—Insurer fails to exercise good faith in the processing of a claim of its insured, when.*

(No. 94-2376—Submitted February 21, 1995—Decided April 5, 1995.)

APPEAL from the Court of Appeals for Franklin County, No. 93APE11-1620.

————————————

*Dagger, Johnston, Miller, Ogilvie & Hampson* and *Mark R. Riegel*, for appellant.

*Lane, Alton & Horst*, *Rick E. Marsh* and *William Scott Lavelle*, for appellee.

————————————

{¶ 1} The discretionary appeal is allowed. The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *Zoppo v. Homestead Ins. Co.* (1994), 71 Ohio St.3d 552, 644 N.E.2d 397.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., dissents for the reasons stated in his dissenting opinion in *Zoppo v. Homestead Ins. Co.* (1994), 71 Ohio St.3d 552, 559-262, 644 N.E.2d 397, 402-404.

————————————